STEPHANIE FORMAN, SBN 195757
ROGER W. BACKLAR, SBN 225277
J. CHRISTOPHER BENNINGTON, SBN 105432

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: rbacklar@tharpe-howell.com
E-Mail: cbennington@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT STIGILE and JOY STIGILE,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company registered in California; M&M CONSTRUCTION COMPANY; MIGUEL ANTONIO MARTINEZ, an individual, AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, and; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 19-3008- GW-MRWx<br><br>(Removed from Los Angeles County Superior Court, Northwest Judicial District; Court Case No. 19VECV00336)<br><br>**ORDER RE DISMISSAL**<br><br>*Assigned to the Hon. George H. Wu, United States District Judge* |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Rule 41(A)(1)(ii) of the Federal Rules of Civil Procedure, **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that

- 1 -
**[PROPOSED] ORDER OF DISMISSAL**

party's own attorney's fees and costs.  The Clerk is directed to close the file.

Dated:  February 19, 2020

_*George H. Wu*_

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

- 2 -
**[PROPOSED] ORDER OF DISMISSAL**

ROBERT STIGILE, et al vs. LOWE'S HOME CENTERS, et al.
USDC CASE NO.: 2:19-CV-03008 R MRW